UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MARIA GALLAGHER, Individually,

      Plaintiff,

vs.                                                     CASE NO.: 3:20-cv-00630-RGJ

PRINCE HOSPITALITY, INC.,
a Kentucky Corporation,

      Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute, having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

/s/ John P. Fuller
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone (305) 891-5199
Facsimile (305) 893-9505
jpf@fullerfuller.com
and
Franklin S. Yudkin, Esq.
KY Bar No. 79590
8615 Broecker Blvd.
Louisville, KY 40241
Telephone (502) 724-7111
Franklin@yudkinlaw.com
*Attorneys for Plaintiff*

/s/ Kimberly J. O'Donnell
Kimberly J. O'Donnell, Esq.
KY Bar No.
Dentons, Bingham, Greenebaum, LLP – Lexington
300 W. Vine Street, Suite 1200
Lexington, KY 40507-4696
Telephone: (859) 288-4696
Facsimile: (859) 367-3804
kim.odonnell@dentons.com
*Attorney for Defendant*

Date: 3-2-21

Date: 3-2-21